UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FAIRWAY CAPITAL PARTNERS, LTD., a Texas Limited Partnership, | ) ) ) |
| Defendant. | ) ) ) |

Case No.: 3:22-cv-1563-G

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMES JOSEPH JULUKE, JR, and Defendant, FAIRWAY CAPITAL PARTNERS, LTD., by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss Defendant, FAIRWAY CAPITAL PARTNERS, LTD. of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: November 10, 2022

**[Signatures on next page]**

1

Respectfully Submitted,

| | |
|---|---|
| */s/ Louis I. Mussman* | */s/ Joshua D. Kipp* |
| Louis I. Mussman | Jason M. Katz (jkatz@ccsb.com) |
| N.D. TX No. 597155FL | State Bar No. 24038990 |
| Ku & Mussman, P.A. | Joshua D. Kipp (jkipp@ccsb.com) |
| 18501 Pines Boulevard, Suite 209-A | State Bar No. 24078793 |
| Pembroke Pines, FL 33029 | Lara Albright Yost (lyost@ccsb.com) |
| Tel: (305) 891-1322 | State Bar No. 24100861 |
| Fax: (954) 686-3976 | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. |
| louis@kumussman.com | 901 Main Street, Suite 5500 Dallas, TX 75202 |
| and | (214) 855-3000 – Telephone |
| | (214) 580-2641 – Facsimile |
| Gerald J. Smith, Sr. | |
| Texas Bar No.: 24039316 | *Attorneys for Defendant Fairway Capital Partners, Ltd* |
| The Law Office of G. J. Smith, Sr., PLLC | |
| 2000 E. Lamar Blvd., Suite 600 | |
| Arlington, TX 76006 | |
| Tel: (817) 635-3100 | |
| Fax: (817) 635-3104 | |
| attorney@gjsmithlaw.com | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on November 10, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to counsel for all parties.

*/s/Louis I. Mussman*
Louis I. Mussman